

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
Room 3-186
Telephone: (212) 788-8084
Facsimile: (212) 788-9776
dhazan@law.nyc.gov



August 29, 2008

<u>VIA FACSIMILE (212) 805-6712</u>
Honorable Kevin Nathaniel Fox
United States Magistrate Judge, SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: <u>Huascar De La Rosa v. John Doe #1, et al.</u>, 07 Civ. 7577 (PKC) (KNF)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to respond to the Court's <u>Valentin</u> Order, dated May 8, 2008, on behalf of non-party City of New York. In that regard, I write to provide the Court with a status update regarding this office's response to the <u>Valentin</u> Order. As background, the <u>Valentin</u> Order directed this office to provide plaintiff with the pertinent records to assist him in learning the full name, shield number and work location of police officer defendant Armani. Additionally, the Court ordered non-party City of New York to produce the police department's roll call log to plaintiff to help assist him in identifying the officer. Due to an inadvertent failure, this office has not yet produced the roll call to plaintiff. However, this office has investigated plaintiff's allegations and learned that defendant Officer Robert Armani is no longer employed at the New York City Police Department. I am presently in the process of attempting to obtain an address where Robert Armani may be served with plaintiff's complaint. I apologize for any delay in providing the information to plaintiff expeditiously and would like to assure the court that I am attempting to move forward with this matter as expeditiously as possible. Because non-party City of New York does not have all of the relevant information in its possession it respectfully requests an extension until September 30, 2008 to provide plaintiff with the outstanding information.

9/4/08
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,

*Philip S. Frank*

Philip S. Frank (PF-3319)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Via First Class Mail
Huascar De La Rosa
53363-054
FCI-Butner, Medium I
PO Box 1000
Butner, NC 27509

2