UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HUASCAR DE LA ROSA,   :

          Plaintiff,   :

   -against-   :   ORDER

DAVID LANZONI, ET AL.,   :   07 Civ. 7577 (PKC)(KNF)

          Defendants.   :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a pretrial conference shall be held in the above-captioned action on October 6, 2009, at 2:30 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
      September 21, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Huascar De la Rosa
Philip S. Frank, Esq.